# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARMANDO B. CORTINAS, JR.,

  Petitioner,

 v.

JO GENTRY, et al.

  Respondents.

3:10-CV-00439-LRH-RAM

**ORDER**

Petitioner initiated this action on July 16, 2010, by filing a *pro se* document entitled "Application For Certificate of Appealability." (ECF No. 1). Two internal court docketing notes, dated October 26, 2010, and November 1, 2010, reflect that the Clerk's Office sent petitioner correspondence related to his application, along with a 28 U.S.C. § 2254 form petition. On March 22, 2017, petitioner, through the Federal Public Defender, filed a motion for leave to amend. On October 30, 2017, the Court directed the petitioner to file a supplemental brief setting forth additional argument and evidence related to his motion. (*See* ECF No. 23).

On November 20, 2017, petitioner filed a "Motion for Access to Specific Non-Public Internal Court Records and Correspondence." (ECF No. 24). In the motion, petitioner asks the Court to allow him to review its internal docket notes dated October 26, 2010, and November 1, 2010, as well as any other docketing notes that exist in this case. Petitioner further asks the Court to "provide him with copies of any relevant correspondence that does not already appear on the public docket in this case, specifically any correspondence that the

///

Court or its clerk's office drafted, sent to Mr. Cortinas, attempted to send to Mr. Cortinas, or received from Mr. Cortinas." (*Id.* at 2-3).

Good cause appearing, IT IS ORDERED that petitioner's motion for access (ECF No. 24) is hereby GRANTED. The court's internal docketing notes dated October 26, 2010, and November 1, 2010, have been made available to public access by the Clerk of Court, with no editing, including of the "non-public" designation. The Clerk is further directed to unseal the additional non-public entry dated March 23, 2017. Petitioner is advised that no correspondence between the Court or the Clerk's Office and petitioner has been preserved. Petitioner is further advised that the docket does not reflect where the Clerk mailed the correspondence of November 1, 2010. However, as a matter of practice, the Clerk sends correspondence to the petitioner at the last address on the docket.

IT IS SO ORDERED.

DATED: this 5th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE