# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARMANDO B. CORTINAS, JR.,

    Petitioner,

v.

JO GENTRY, et al.

    Respondents.

3:10-CV-00439-LRH-RAM

**ORDER**

Petitioner's unopposed motion for an extension of time (ECF No. 26) is GRANTED. Petitioner shall have up to and including February 12, 2018, within which to file a supplemental brief as directed in the Court's order of October 30, 2017.

IT IS SO ORDERED.

DATED this 18th day of December, 2017.

                        LARRY R. HICKS
                        UNITED STATES DISTRICT JUDGE