# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARMANDO B. CORTINAS, JR.,

    Petitioner,

v.

JO GENTRY, et al.

    Respondents.

3:10-CV-00439-LRH-RAM

**ORDER**

Petitioner's unopposed motion for an extension of time (ECF No. 28) is GRANTED. Petitioner shall have up to and including March 14, 2018, within which to file a supplemental brief as directed in the Court's order of October 30, 2017.

IT IS SO ORDERED.

DATED: This 13th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE