UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO B. CORTINAS, JR.,<br><br>Petitioner,<br>v.<br>JO GENTRY, *et al.*,<br><br>Respondents. | Case No. 3:10-cv-00439-LRH-RAM<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 33) is GRANTED. Respondents shall have until May 29, 2018, within which to file a response to petitioner's supplemental brief in support of his motion for leave to file an amended petition.

IT IS SO ORDERED.

DATED this 13th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1