UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARMANDO B. CORTINAS, JR., | Case No. 3:10-cv-00439-LRH-RAM |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

Respondents' second unopposed motion for enlargement of time (ECF No. 35) is GRANTED. Respondents shall have until June 5, 2018, within which to file a response to petitioner's supplemental brief in support of his motion for leave to file an amended petition.

IT IS SO ORDERED.

DATED this 30th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1