UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMANDO B. CORTINAS, JR.,<br><br>Petitioner,<br>v.<br><br>JO GENTRY, *et al.*,<br><br>Respondents. | Case No. 3:10-cv-00439-LRH-WGC<br><br>ORDER |

Respondents' unopposed motion for enlargement of time (ECF No. 41) is GRANTED. Respondents shall have until November 1, 2018, to answer or otherwise respond to the amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 18th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE