UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO B. CORTINAS, JR.,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>JO GENTRY, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:10-cv-00439-LRH-WGC<br><br>ORDER |

Petitioner's unopposed motion for extension of time (ECF No. 46) is GRANTED. Petitioner will have until January 9, 2019, to file a reply to respondents' answer to his amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 10th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE