UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ARMANDO B. CORTINAS, JR., | Case No. 3:10-cv-00439-LRH-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 48) is GRANTED. Petitioner will have until January 19, 2019, to file a reply to respondents' answer to his amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 11th day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1